IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br><br>        Plaintiff,<br>v.<br><br>AMERITAS LIFE INSURANCE CORP.<br><br>        Defendant. | Civil Action No. 2:22-cv-03085-MAK |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Court's August 8, 2022 Order, hereby dismisses the above captioned action against AMERITAS LIFE INSURANCE CORP., *without prejudice*.

    Respectfully submitted,

    */s/ Valerie E. Brown*
    Valerie E. Brown
    P.A. Bar. No. 309849
    Carolyn P. Short
    P.A. Bar No. 38199
    **HOLLAND & KNIGHT LLP**
    Cira Centre
    2929 Arch Street Suite 800
    Philadelphia, PA 19104
    Tel: (215) 252-9600
    Fax: (215) 867-6070
    Valerie.Brown@hklaw.com
    Carolyn.Short@hklaw.com

    *Counsel for Plaintiff Wells Fargo Bank, National Association*

Dated: August 15, 2022