IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3085 |
| | : | |
| AMERITAS LIFE INSRUANCE CORP. | : | |

# ORDER

AND NOW, this 16th day of August 2022, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 5), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.